UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIKA A. SPENCER )<br>    Plaintiff                )<br>                               )<br>v.                            )<br>                               )<br>PETER ROMAN, M.D.     )<br>and                          )<br>MERRIMACK VALLEY ORTHOPAEDIC )<br>ASSOCIATES, LLC        )<br>    Defendants           ) | CIVIL ACTION NO.:11- |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**PARTIES**

1. The Plaintiff, Erika A. Spencer, resides at 41 Dracut Road, Hudson, Hillsborough County, New Hampshire.

2. Defendant Peter Roman, M.D. is a physician duly licensed to practice medicine in the Commonwealth of Massachusetts. At all times relevant hereto, said Defendant practiced orthopedic surgery with a place of business at Merrimack Valley Orthopaedic Associates, LLC, located at 10 Research Place, North Chelmsford, Middlesex County, Massachusetts.

3. Defendant Merrimack Valley Orthopaedic Associates, LLC ("Merrimack Valley Orthopaedics") is a medical corporation located at 10 Research Place, North Chelmsford, Middlesex County, Massachusetts. Peter Roman was an employee, agent, or representative of Merrimack Valley Orthopaedic Associates, LLC at all times relevant to this complaint and Merrimack Valley Orthopaedic Associates, LLC has vicarious liability for the care and treatment provided by Dr. Roman.

4. The United States District Court has jurisdiction in this matter because of diversity of parties (28 USC §1332).

5. The amount in controversy exceeds the amount necessary to satisfy the jurisdictional requirements of this Court.

## OVERVIEW OF THE CASE

Erika Spencer had a nonunion of her clavicle which was repaired negligently by the defendant Dr. Peter Roman. Her first surgery failed and Dr. Roman performed a second; which also failed. On June 19, 2008, Ms. Spencer had a third surgery, this time performed by Dr. Eric Smith at Tufts Medical Center with subsequent complete healing of her fracture. Following the surgery of June 19, 2008, Eriak Spencer learned that the surgeries performed by Dr. Roman were performed negligently thus requiring the third surgery.

## COUNT I
### NEGLIGENCE
**Erika A. Spencer v. Peter Roman, M.D.**

6. Paragraphs 1 through 5 are incorporated by reference as if set forth fully herein.

7. It was the duty of Defendant, Peter Roman, M.D. to exercise that degree of care, diligence, and skill as is exercised by an average physician holding himself out in the field at the time in question.

8. Nevertheless, Defendant Peter Roman, M.D. breached his duty and failed to exercise said degree of care, diligence and skill by negligently performing surgery on his patient and otherwise, recommending treatment for, supervising the care of, and by otherwise failing to render proper, adequate and necessary medical care and treatment of Plaintiff Erika A. Spencer.

9. As a direct and proximate result of the Defendant's negligence as aforesaid, Plaintiff Erika A. Spencer suffered severe and permanent injuries, endured and will in the future endure, great pain and suffering and mental anguish, has incurred and will in the future incur medical and other extraordinary expenses for her care and treatment, has and will in the future suffer a loss of earnings and earning capacity, and said Plaintiff was and otherwise is greatly injured.

WHEREFORE, Plaintiff Erika A. Spencer, Individually, demands judgment against the Defendant Peter Roman, M.D. in such an amount as a jury may deem proper, plus interest and costs

### COUNT II
### VICARIOUS LIABILITY
### Erika A. Spencer v. Newton-Wellesley Orthopedic Associates, Inc.

10. Paragraphs 1 through 9 are incorporated by reference as if set forth fully herein.

11. This is an action by the Plaintiff, Erika Spencer, against the Defendant, Merrimack Valley Orthopaedic Associates, LLC, for the negligence of its agents, servants, employees or persons for whose conduct it was responsible, for the damages suffered by Ms. Spencer, including pain and suffering and emotional distress, loss of earning capacity and lost wages, past and future sustained by the Plaintiff as a result of the injuries caused by the negligence of the defendants.

WHEREFORE, Plaintiff Erika A. Spencer, Individually, demands judgment against the Defendant Merrimack Valley Orthopaedic Associates, LLC. in such an amount as a jury may deem proper, plus interest and cost

**JURY DEMAND**

The plaintiff demands a trial by jury.

The Plaintiff,
By her Attorneys,

_____
Barry D. Lang, M.D., J.D., BBO # 565438
Zachary B. Lang, J.D., BBO # 652055
Barry D. Lang, M.D. & Associates
199 Wells Avenue, Suite 106
Newton, MA 02459
Tel: (617) 720-0176
Fax: (617) 720-1184
zblang@lawdoctors.com

Dated: May 31, 2011