UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

ERIKA A. SPENCER,                   )
                                    )
        Plaintiff,                  )
                                    )
            v.                      )          Civil Action No. 11-10974-JCB
                                    )
PETER ROMAN, M.D., et al.           )
                                    )
                                    )
        Defendants.                 )
_____)

### ORDER ON DEFENDANT PETER ROMAN, M.D.'S MOTION TO TRANSFER

[Docket No. 11]

September 8, 2011

Boal, M.J.

On June 1, 2011, Plaintiff Erika Spencer filed a medical malpractice complaint against Peter Roman, M.D. and Merrimack Valley Orthopaedic Associates, LLC.  [Docket No. 1].  On July 22, 2011, Defendant Roman filed a motion to transfer the case to a Massachusetts Superior Court for the purpose of convening a medical malpractice tribunal pursuant to Mass. Gen. Law c. 231, § 60B.  [Docket No. 11].  On August 3, 2011, the parties consented to the jurisdiction of a U.S. Magistrate Judge for all purposes.  [Docket Nos. 12, 13].

On August 25, 2011, the Court noted that Plaintiff had not filed an opposition to the motion and ordered that Plaintiff file her opposition, if any, by September 6, 2011.  Plaintiff did not file an opposition.

Accordingly, it is hereby ORDERED, that Defendant's motion is GRANTED, and that the case be referred to a Massachusetts Superior Court for a medical malpractice tribunal.  It is

FURTHER ORDERED that the parties file a status report with this Court on or before November

8, 2011.

SO ORDERED.

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge