UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ERIKA A. SPENCER<br>    Plaintiff,<br><br>v.<br><br>PETER ROMAN, M.D.,<br>    Defendant. | ) CIVIL ACTION<br>) NO. 2011-CV-10974-JCB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

The Parties to the above-entitled action, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that this action be dismissed with prejudice and without costs, interest, and attorneys fees, all rights of appeal being waived.

| The Plaintiff,<br>Erika Spencer,<br>By her attorneys, | The Defendant,<br>Peter Roman, M.D.<br>By his attorneys, |
|---|---|
| __/s/ Zachary Lang_____<br>Zachary Lang, Esq., BBO 652055<br>John Blaisdell, Esq., BBO 652423<br>Barry D. Lang, M.D. & Associates<br>199 Wells Avenue, Suite 106<br>Newton, MA 02459<br>(617) 720-0176<br>Zblang@lawdoctors.com<br>John@lawdoctors.com | _/s/ James Bello_____<br>James Bello, Esq., BBO 633550<br>Morrison Mahoney, LLP<br>250 Summer Street<br>Boston, MA 02110<br>(617) 439-7500<br>JBello@morrisonmahoney.com |

Date: October 10, 2013